# CRIMINAL COMPLAINT

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**MARGO MAMFREDO VICENTE-MAZARIEGOS**<br>DOB: xx/xx/1990; Guatamalan Citizen | DOCKET NO.<br><br>11 004<br><br>MAGISTRATE'S CASE NO.<br>11-04506M |

Complaint for violation of Title 18, United States Code § 111(a)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about December 7, 2011, at or near Cowlic, in the District of Arizona, **Margo Mamfredo Vicente-Mazariegos** did knowingly and forcibly assault, resist, oppose, impede, intimidate, and interfere with United States Border Patrol Agent J. Mattoon, while Agent Mattoon was engaged in performance of his official duties, in violation of Title 18, United States Code, Section 111(a).

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On December 7, 2011, at approximately 6:30 a.m. in Cowlic, Arizona, United States Border Patrol Agent Joshua Mattoon responded to a group of ten individuals spotted in an area of the desert known for human and narcotic smuggling. Agent Mattoon and Border Patrol Agent Patrick Shott located the group of ten individuals, announced that they were Border Patrol agents, and instructed them not to move. The individuals began to run from the agents, and Agent Mattoon pursued and encountered one of the individuals, **Margo Mamfredo Vicente-Mazariegos,** laying in a wash. Agent Mattoon informed that **Vicente-Mazariegos** he was a Border Patrol agent and instructed **Vicente-Mazariegos** not to move. **Vicente-Mazariegos** became actively resistant by stiffening his body and pulling his hands away. Agent Shott attempted to assist Agent Mattoon, but **Vicente-Mazariegos** continued to resist by thrashing on the ground and throwing sand in the agents' faces, which made it difficult for Agent Mattoon to see. **Vicente-Mazariegos** also reached for Agent Mattoon's belt in the area of Agent Mattoon's service firearm and baton, but Agent Mattoon was able to keep **Vicente-Mazariegos** from gaining access to his weapons. **Vicente-Mazariegos** continued to throw sand at the agents, and was able to gain control of Agent Mattoon's service flashlight. Agent Mattoon attempted to take his flashlight out of **Vicente-Mazariegos's** hand, but **Vicente-Mazariegos** again threw sand in Agent Mattoon's eyes. After struggling with **Vicente-Mazariegos** for approximately five minutes, Agents Mattoon and Shott were able to place him under arrest.

**MATERIAL WITNESSES IN RELATION TO THE CHARGE:**

| WARRANT AND DETENTION REQUESTED<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br>AUSA Angela W. Woolridge<br>*/s/ Angela W. Woolridge*<br>Sworn to before me and subscribed in my presence. | SIGNATURE OF COMPLAINANT<br>(official title)<br>*/s/*<br>OFFICIAL TITLE<br>**Border Patrol Agent** |
| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>December 8, 2011 |

[1] See Federal rules of Criminal Procedure Rules 3 and 5